IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRYAN SIMMONS,                    )
                                  )
         Plaintiff,               )
                                  )
    v.                            )    1:23CV580
                                  )
KILOLO KIJAKAZI,                  )
Acting Commissioner of            )
Social Security,                  )
                                  )
         Defendant.               )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Commissioner's final decision in this matter is **VACATED**, and that the case is **REMANDED** to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

                                  /s/ L. Patrick Auld
                                  **L. Patrick Auld**
                                  **United States Magistrate Judge**

December 11, 2023